IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **RANDALL BOLEY,** | : |
| Plaintiff, | : |
| v. | : Case No. 3:20-cv-2378 |
| **TAIHO CORPORATION OF AMERICA,** | : Judge Jeffrey J. Helmick |
| | : **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | : |

Now come the parties, by and through counsel, and do hereby stipulate that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). All parties to bear their own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ *Adam C. Gedling* | /s/ *John W. Hofstetter* |
| Matthew J.P. Coffman (0085586) | Meredith C. Shoop (0085124) |
| Adam C. Gedling (0085256) | John W. Hofstetter (0087731) |
| **COFFMAN LEGAL, LLC** | **LITTLER MENDELSON, P.C.** |
| 1550 Old Henderson Road, Suite 126 | 1100 Superior Avenue, 20th Floor |
| Columbus, OH 43220 | Cleveland, OH 44114 |
| Telephone: 614.949.1181 | Telephone: 216.696.7600 |
| Facsimile: 614.386.9964 | Facsimile: 216.696.2038 |
| mcoffman@coffmanlegal.com | mshoop@littler.com |
| agedling@mcoffmanlegal.com | jhofstetter@littler.com |
| | |
| ***Attorneys for Plaintiff Randall Boley*** | ***Attorneys for Defendant Taiho Corporation of America*** |

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge